**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KARYN JAKUBIK | : | |
| KRISTINE AHLQUIST | : | |
| SUSAN ANGSTADT-SULLIVAN | : | |
| KIMBERLY ARNOLD | : | |
| AMY BACH | : | |
| VASILIKI BALLIOS DARDESHI | : | NO. 2:25-cv-33 |
| TANYA BARONE-DURANT | : | |
| ANGELQUE BERCIK | : | |
| MOLLY BEYER | : | JURY TRIAL DEMANDED |
| DENISE BUCHER | : | |
| KATHLEEN BUDNIEWSKI | : | |
| STEPHANIE BYRNE | : | |
| MEGHANN CAMPBELL | : | |
| LISA CANFIELD | : | |
| JACQUELYN CARMEANS | : | |
| SHARON CASCIOLE | : | |
| LISA CIRULLI | : | |
| JOAN COLLIER | : | |
| LYNDA COSTELLO | : | |
| LORI CUCINOTTA | : | |
| CATHERINE DANGLER | : | |
| BRENDA DAVIS | : | |
| ELIZABETH DECKER | : | |
| SHARON DEFONTENY | : | |
| ELIZABETH DIFRANCEISCO | : | |
| THERESA DIVITA | : | |
| JENNIFER DIXSON | : | |
| LORETTA DOGGENDORF | : | |
| CHRISTINE DOLLARTON | : | |
| DEBRA DURICK | : | |
| LAURA DURNS | : | |
| AILEEN EDELEN | : | |
| MAUREEN FABICK | : | |
| CARA FAHEY | : | |
| JULIA FALONE | : | |
| MARGARET FELSOCI-MATTIA | : | |
| LYDIA FICHTMAN | : | |

ELIZABETH FILIPE :
KRISTA FIRELY :
TINA L. FITZGERALD :
MICHELLE FRONHEISER :
SAMANTHA GAMBLES :
TAMI GILL :
LAURA GILLIAM :
MARY ANN GILLIGAN :
ROBERTA GLUCK :
HOLLY GRAHAM :
MARGARET HAFLETT :
CHARLOTTE HARRINGTON :
KAREN HAUCK :
CYNTHIA HENSLER :
STACEY HICKMOTT :
CAROL HUGHES :
MARGARET HUTCHINSON :
CYNTHIA JANSEN :
KELLY JONES :
AMY KALLELIS :
RITA KENEFIC :
KATHY KERSUL-WIENER :
MARIANNE KESSLER :
KIMBERLY KEYES :
KIMBERLY KING :
LORRAINE KING :
RUTH KISTNER :
SONYA KOSC :
MARIE KRUOPAS :
RACHEL LANG :
KIMBERLEE LEONARDO :
REBECCA LEVY :
KATHERINE LEYLAND :
LAUREN MAGEE :
ALYSSA MARUCCI :
DIANNE MATTESON :
CARLA MCCAMBRIDGE :
KRISTEN MCCUEN :
CHRISTINE MCLAUGHLIN :
MARGARET MELISSEN :

STEPHANIE MERSON :
CHRISTY MICUCCI :
KAREN MINOGUE :
AMANDA MOFFA :
LINDA MONKOSKI :
DOROTHY MOODY :
JENNIFER MURPHY :
ANNE FITZPATRICK MURRAY :
ELIZABETH NISZCZAK :
RACHEL NULTY :
EVE PACKAL :
KIMBERLY PALMER :
MAYSOON PARK-HUATUCO :
DORINA PASSIO :
SHARON PAYNE :
NANCY PHILLIPS :
DEBORA REPPA :
KRISTEN REYNOLDS :
COLLEEN ROSINI :
ROBIN RYAN :
AMY LYNN SALLA :
STACEY SAND :
KATHRYN SCHMOYER :
ERIN SCHOLL :
MARYKATE SCHRACK :
DIANE SCHUTE :
CHRISTINE SCOTT :
JUDITH SELIGMAN :
PATTI SHELLY :
SUZANNE SHERENIAN :
JENNIFER SILVERS :
KATHRYN SONNIE BARTON :
LEEANN STORY :
KRISTY STRYJAK :
JENNIFER STUHLTRAGER :
JEANETTE SWANTEK :
JULIA SZARKO :
KRISTA SZCZYPIORSKI :
KELLY SZEMANEK :
BONNIE TRANSUE :

MARGARET TREON :
DIANE VILLOTTI :
KIRBY VUOCOLO :
LAUREN WALLACE :
TRACI WALTER-VEVERKA :
CHRISTYN WEBER :
MELISSA WILLIS :
ANGELA WOODROW :
LEANNE YERKES :
LYNN YETTO :
CLAUDIA YOUNG :
KAREN YUKNUS :
TAMARA ZAKUTO, :

Plaintiffs, :

v. :

SUSAN GIBSON, :
HEATHER REYNOLDS, :
ROBERT DUGGER, DANA FOLEY, :
RICK HARING, DANIEL KIMICATA, :
JAMES PEPPER, KAREN SMITH, :
JENINE ZDANOWICZ, CENTRAL :
BUCKS SCHOOL DISTRICT, :
JOHN DOE, RITA ROE and all other :
persons who acted or are acting directly or :
indirectly in the interest of the Central :
Bucks School District in relation to :
Plaintiffs, :

Defendants. :

## **COMPLAINT**

Plaintiffs by and through their undersigned counsel, bring this action against Defendants who acted or are acting directly or indirectly in the interest of the Central Buck School District (the "District" or "CBSD") in relation to Plaintiffs, and CBSD, for violation of their rights under

the federal Equal Pay Act ("EPA"). Plaintiffs respectfully demand a JURY TRIAL on all claims.

## Parties

1. Plaintiffs are Karyn Jakubik, Kristine Ahlquist, Susan Angstadt-Sullivan, Kimberly Arnold, Amy Bach, Vasiliki Ballios Dardeshi, Tanya Barone-Durant, Angelque Bercik, Molly Beyer, Denise Bucher, Kathleen Budniewski, Stephanie Byrne, Meghann Campbell, Lisa Canfield, Jacquelyn Carmeans, Sharon Casciole, Lisa Cirulli, Joan Collier, Lynda Costello, Lori Cucinotta, Catherine Dangler, Brenda Davis, Elizabeth Decker, Sharon DeFonteny, Elizabeth Difranceisco, Theresa Divita, Jennifer Dixson, Loretta Doggendorf, Christine Dollarton, Debra Durick, Laura Durns, Aileen Edelen, Maureen Fabick, Cara Fahey, Julia Falone, Margaret Felsoci-Mattia, Lydia Fichtman, Elizabeth Filipe, Krista Firely, Tina L. Fitzgerald, Michelle Fronheiser, Samantha Gambles, Tami Gill, Laura Gilliam, Mary Ann Gilligan, Roberta Gluck, Holly Graham, Margaret Haflett, Charlotte Harrington, Karen Hauck, Cynthia Hensler, Stacey Hickmott, Carol Hughes, Margaret Hutchinson, Cynthia Jansen, Kelly Jones, Amy Kallelis, Rita Kenefic, Kathy Kersul-Wiener, Marianne Kessler, Kimberly Keyes, Kimberly King, Lorraine King, Ruth Kistner, Sonya Kosc, Marie Kruopas, Rachel Lang, Kimberlee Leonardo, Rebecca Levy, Katherine Leyland, Lauren Magee, Alyssa Marucci, Dianne Matteson, Carla McCambridge, Kristen McCuen, Christine McLaughlin, Margaret Melissen, Stephanie Merson, Christy Micucci, Karen Minogue, Amanda Moffa, Linda Monkoski, Dorothy Moody, Jennifer Murphy, Anne Fitzpatrick Murray, Elizabeth Niszczak, Rachel Nulty, Eve Packal, Kimberly Palmer, Maysoon Park-Huatuco, Dorina Passio, Sharon Payne, Nancy Phillips, Debora Reppa, Kristen Reynolds, Colleen Rosini, Robin Ryan, Amy Lynn Salla, Stacey Sand, Kathryn Schmoyer, Erin Scholl, Marykate Schrack, Diane Schute, Christine Scott, Judith

Seligman, Patti Shelly, Suzanne Sherenian, Jennifer Silvers, Kathryn Sonnie Barton, Leeann Story, Kristy Stryjak, Jennifer Stuhltrager, Jeanette Swantek, Julia Szarko, Krista Szczypiorski, Kelly Szemanek, Bonnie Transue, Margaret Treon, Diane Villotti, Kirby Vuocolo, Lauren Wallace, Angela Woodrow, Traci Walter-Veverka, Christyn Weber, Melissa Willis, Leanne Yerkes, Lynn Yetto, Claudia Young, Karen Yuknus and Tamara Zakuto.

2. Each Plaintiff is an adult woman and a citizen of Pennsylvania who is or was employed as a teacher by CBSD in Bucks County, Pennsylvania.

3. Each Plaintiff in this case who previously opted-in the lawsuit captioned *Marinello, et al. v. Central Bucks School District,* No. 2:21-cv-02587-MMB, brings this lawsuit subject to her reservation, and without waiver, of her rights as an opt-in plaintiff in that case notwithstanding the Court's improper and unlawful decertification of that case as a collective action.

4. Defendants Susan Gibson, Heather Reynolds, Robert Dugger, Dana Foley, Rick Haring, Danial Kimicata, James Pepper, Karen Smith, Janine Zdanowicz and fictitiously named individuals John Doe, Rita Roe and other unnamed persons are all persons who acted and are acting directly or indirectly in the interest of CBSD in relation to Plaintiffs' compensation.

5. Defendant, CBSD, is a public school district operating in Bucks County, Pennsylvania.

6. CBSD has been engaged in interstate commerce or in any industry or activity affecting interstate commerce, and has employed 20 or more employees for each working day during each of 20 or more calendar workweeks in each year from at least 1985 through the present in Bucks County, Pennsylvania.

**Jurisdiction**

7. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 in that this lawsuit arises under the laws of the United States, specifically the Equal Pay Act, 29 U.S.C. § 206(d)(1).

**Factual Background**

8. In each year from at least 1985 and continuing through the present, the District has maintained Salary Scales applicable to all fulltime faculty members employed by the District irrespective of the school at which they teach, irrespective of the subject matter they teach, and irrespective of whether they teach elementary, middle or high school.

9. The District's Salary Scales mandate a District teacher's annual salary.

10. The Salary Scales have all consisted of two criteria – "Step" and educational level.

11. "Step" placement has to do with the years of teaching experience an individual has for purposes of placement on the Salary Scales with lower Step numbers or letters having lower salaries and higher numbers or letters having higher salaries.

12. Additionally, teachers have been slotted on the Salary Scales based on their education level, *viz.* whether the teacher has a Bachelor's Degree, a Bachelor's Degree plus 24 post-graduate credits, a Masters Degree, a Masters Degree plus 15 additional post graduate credits , and a Masters Degree plus 30 additional post graduate credits.

13. To receive credit under the Salary Scales for academic credits in addition to a Masters Degree, those academic credits must be at a Masters Degree level.

14. The District has admitted that a teacher's status as a coach of an athletic team has nothing to do with his or her Step placement on the teacher Salary Scales.

15. In fact, coaches are compensated based on a different salary Scale for their service as a coach.

16. None of the Plaintiffs in this lawsuit received credit for all of their years of prior teaching experience for purposes of their Step placement on the Salary Scales by the District when they became employed by the District.

17. Prior to hiring by the District, Lorraine King had nineteen years of experience teaching but was placed on Step 1 as a Speech Therapist.

18. Prior to hiring by the District, Sharon Payne had fourteen years of experience teaching but was placed on Step 1 as a Science-Chemistry teacher.

19. Prior to hiring by the District, Leanne Yerkes had two years of experience teaching and but was only placed on Step 1 as a Health and Physical Education teacher.

20. Prior to hiring by the District, Kimberlee Leonardo had five years of experience teaching but was placed on Step A as a Music teacher.

21. Prior to hiring by the District, Nancy Phillips had nine years of experience teaching and was placed on Step 0/0 as a Family and Consumer Science teacher.

22. Prior to hiring by the District, Suzanne Sherenian had ten years of experience teaching but was placed on Step A as Reading Specialist teacher.

23. Prior to hiring by the District, Denise Bucher had six years of experience teaching but was placed on Step A as an Elementary teacher.

24. Prior to hiring by the District, Stacey Hickmott had eighteen years of experience but was placed on Step A as a Nurse.

25. Prior to hiring by the District, Kristen Reynolds had six years of teaching experience but was placed on Step A as a Librarian.

26. Prior to hiring by the Disttrict, Angelque Bercik had three years of teaching experience but was placed on Step A as Science teacher.

27. Prior to hiring by the District, Kathleen Budniewski had seventeen years of nursing experience, eight of those as a school nurse, but was placed on Step B as a Certified School Nurse.

28. Prior to hiring by the District, Kelly Jones had eight years of teaching experience but was placed on Step C as a Skills for Success/Mathematics teacher.

29 Prior to hiring by the District, Theresa Divita had six years of teaching experience but was placed on Step A as a Spanish teacher.

30. Prior to hiring by the District, Amy Lynn Salla had three years of experience teaching and was placed on Step A/B as a Science-Chemistry teacher.

31. Prior to hiring by the District, Elizabeth Niszczak had six years of experience teaching but was placed on Step 1 as a Counselor.

32. Prior to hiring by the District, Catherine Dangler had eight years of experience teaching but was placed on Step 1 as a Special Education teacher.

33. Prior to hiring by the District, Samantha Gambles had six years of experience teaching but was placed on Step 1 as a Special Education teacher.

34. Prior to hiring by the District, Jennifer Murphy had seven years of experience teaching but was placed on Step 1 as a English Language Development teacher.

35. Prior to hiring by the District, Margaret Treon had three years of experience teaching but was placed on Step 1 as a Special Education teacher.

36. Prior to hiring by the District, Kimberly Arnold had four years of experience teaching but was placed on Step 1 as a Special Education teacher.

37. Prior to hiring by the District, Margaret Hafflet had seven years of experience teaching but was placed on Step 1 as a Social Studies teacher.

38. Prior to hiring by the District, Laura Gilliam had eleven years of experience teaching but was placed on Step 1 as an English teacher.

39. Prior to hiring by the District, Stephanie Merson had four years of experience teaching but was placed on Step 1 as an Elementary teacher.

40. Prior to hiring by the District, Judith Seligman had fourteen years of experience teaching but was placed on Step 1 as a Special Education teacher.

41. Prior to hiring by the District, Robin Ryan had four years of experience teaching and was placed on Step 1 as a Science-Physics teacher.

42. Prior to hiring by the District, Cara Fahey had seven years of experience teaching but was placed on Step 1 as a Spanish teacher.

43. Prior to hiring by the District, Susan Angstadt-Sullivan had eighteen years of experience teaching but was placed on Step 4 as a Librarian.

44. Prior to hiring by the District, Lynn Yetto had seventeen years of experience teaching but was placed on Step 5 as an English teacher.

45. Prior to hiring by the District, Dorothy Moody had five years of experience teaching but was placed on Step 3 as an Elementary teacher.

46. Prior to hiring by the District, Ruth Kistner had six years of experience teaching but was placed on Step 4 as a Special Education teacher.

47 Prior to hiring by the District, Patti Shelly had ten years of experience teaching but was placed on Step 3 as an Elementary teacher.

48. Prior to hiring by the District, Elizabeth Decker had eleven years of experience teaching but was placed on Step 4 as a Special Education teacher..

49. Prior to hiring by the District, Lydia Fichtman had eight years of experience teaching but was placed on Step B as a French and Spanish teacher.

50. Prior to hiring by the District, Anne Fitzpatrick Murray had ten years of experience teaching but was placed on Step B as an Elementary teacher.

51. Prior to hiring by the District, Marie Kruopas had nine years of experience teaching but was placed on Step C as an Elementary teacher.

52. Prior to hiring by the District, Cynthia Jansen had twelve years of experience teaching but was placed on Step C.

53. Prior to hiring by the District, Joan Collier had twenty-four years of teaching experience but was placed on Step D as a Special Education teacher.

54. Prior to hiring by the District, Cynthia Hensler had nine years of teaching experience but was placed on Step B as an Elementary teacher.

55. Prior to hiring by the District, Charlotte Harrington had nine years of teaching experience but was placed on Step B as a German teacher.

56. Prior to hiring by the District, Lisa Cirulli had nine years of teaching experience but was placed on Step C as an Elementary teacher.

57. Prior to hiring by the District, Karen Hauck had six years of teaching experience but was placed on Step C as an Elementary teacher.

58. Prior to hiring by the District, Tami Gill had four years of teaching experience but was placed on Step C as a Special Education teacher.

59. Prior to hiring by the District, Elizabeth Defranceisco had twelve years of teaching experience but was placed on Step D as a Math teacher.

60. Prior to hiring by the District, Roberta Gluck had over seventeen years of teaching experience but was placed on Step D as a French teacher.

61. Prior to hiring by the District, Julia Szarko had eight years of teaching experience but was placed on Step D as a School Psychologist.

62. Prior to hiring by the District, Krista Szczypiorski had nine years of teaching experience but was placed on Step D as a Reading Specialist.

63. Prior to hiring by the District, Kristy Stryjak had four years of teaching experience but was placed on Step B as a Social Studies teacher.

64. Prior to hiring by the District, Karyn Jakubik had nine years of teaching experience but was placed on Step E as a Spanish teacher.

65. Prior to hiring by the District, Bonnie Transue had eight years of experience teaching but was placed on Step D as an English teacher.

66. Prior to hiring by the District, Krista Firely had over seven years of experience teaching but was placed on Step D as a Special Education teacher.

67. Prior to hiring by the District, Jacquelyn Carmeans had ten years of experience teaching but was placed on Step 3 as a Special Education teacher.

68. Prior to hiring by the District, Stacey Sand had fifteen years of experience teaching but was placed on Step 3 as a Speech Therapist.

69. Prior to hiring by the District, Lori Cucinotta had fourteen years of experience teaching but was placed on Step 3 as an English Development teacher.

70. Prior to hiring by the District, Amanda Moffa had seven years of experience teaching but was placed on Step 2 as an Elementary teacher.

71. Prior to hiring by the District, Traci Walter-Veverka had sixteen years of experience teaching but was placed on Step 4 as a Special Education teacher.

72. Prior to hiring by the District, Maysoon Park-Huatuco had sixteen years of experience teaching but was placed on Step 5 as a Special Education/English/Spanish teacher.

73. Prior to hiring by the District, Kristine Ahlquist had twenty-one years of experience teaching but was placed at Step 7 as a Reading Specialist.

74. Prior to hiring by the District, Amy Bach had four tears of experience teaching but was placed at Step 2 as an Elementary Teacher.

75. Prior to hiring by the District, Vasiliki Ballios Dardeshi had five years of experience teaching but was placed at Step C as a German teacher.

76. Prior to hiring by the District, Tanya Barone-Durant had four years of experience teaching but was placed at Step 3 as a Counselor.

77. Prior to hiring by the District, Molly Beyer had three years of experience teaching but was placed at Step 1 as an English Language Development teacher.

78. Prior to hiring by the District, Stephanie Byrne had three years of experience teaching but was placed at Step 2 as an Elementary teacher.

79. Prior to hiring by the District, Meghan Campbell had eleven years of experience teaching but was placed at Step 4 as a Special Education teacher.

80. Prior to hiring by the District, Sharon Casciole had twelve years of experience teaching but was placed at Step 4 as a Business teacher.

81. Prior to hiring by the District, Lynda Costello had fifteen years of experience teaching but was placed at Step 4 as an Elementary teacher.

82. Prior to hiring by the District, Brenda Davis had seven years of experience teaching but was placed at Step 4 as an Elementary teacher.

83. Prior to hiring by the District, Jennifer Dixson had three and a half years of experience teaching but was placed at Step B as an Elementary teacher.

84. Prior to hiring by the District, Loretta Doggendorf had nineteen years of experience teaching but was placed at Step 6 as a Science-Chemistry teacher.

85. Prior to hiring by the District, Christine Dollarton had four years of experience teaching but was placed at Step 3 as an Elementary teacher.

86. Prior to hiring by the District, Debra Durick had eight years of experience teaching but was placed at Step 3 as an Elementary teacher.

87. Prior to hiring by the District, Maureen Fabick had nine years of experience teaching but was placed at Step 3 as an Elementary teacher.

88. Prior to hiring by the District, Julia Falone had two years of experience teaching but was placed at Step 1 as an Elementary teacher.

89. Prior to hiring by the District, Mararet Felsoci-Mattia had three years of experience teaching but was placed at Step 1 as an Elementary teacher.

90. Prior to hiring by the District, Elizabeth Filipe had 7 years of experience teaching but was placed at Step 4 as a Counselor.

91. Prior to hiring by the District, Tina Fitzgerald had one year of experience teaching but was placed at Step 1 when hired as a Special Education teacher.

92. Prior to hiring by the District, Michelle Fronheiser had sixteen years of experience teaching but was placed at Step 4 as a Counselor.

93. Prior to hiring by the District, Mary Ann Gilligan had three years of experience teaching but was placed at Step 2 as a Special Education teacher.

94. Prior to hiring by the District, Carol Hughes had ten years of experience teaching but was placed at Step 4 as an Elementary teacher.

95. Prior to hiring by the District, Margaret Hutchinson had sixteen years of experience teaching but was placed at Step 4 as a Latin/Social Studies teacher.

96. Prior to hiring by the District, Amy Kallelis had seven years of experience teaching but was placed at Step 3 as an Elementary teacher.

97. Prior to hiring by the District, Kathy Kersul-Wiener had fourteen years of experience teaching but was placed at Step 4 as an Elementary teacher.

98. Prior to hiring by the District, Marianne Kessler had eleven years of experience teaching but was placed at Step 4 as an Elementary teacher.

99. Prior to hiring by the District, Sonya Kosc had two years of experience teaching but was placed at Step 1 as a Special Education teacher.

100. Prior to hiring by the District, Rachel Lang had four years of experience teaching but was placed at Step 3 as a Special Education teacher.

101. Prior to hiring by the District, Rebecca Levy had nearly two years of experience teaching but was placed at Step A as an Elementary teacher.

102. Prior to hiring by the District, Katherine Leyland had two years of experience teaching but was placed at Step 1 as a Special Education teacher.

103. Prior to hiring by the District, Lauren Magee had ten years of experience teaching but was placed at Step 6 as an English Language Development teacher.

104. Prior to hiring by the District, Lisa Canfield had 10 years of experience teaching but was placed on Step D as an English/Reading teacher.

105. Prior to hiring by the District, Dianne Matteson had thirteen years of experience teaching but was placed at Step 4 as a Special Education teacher.

106. Prior to hiring by the District, Carla McCambridge had four years of experience teaching but was placed at Step 2 as an Elementary teacher.

107. Prior to hiring by the District, Kristen McCuen had over two years of experience teaching but was placed at Step 1 as a Mathematics teacher.

108. Prior to hiring by the District, Margaret Melisson had four years of experience teaching but was placed at Step 2 as an Elementary teacher.

109. Prior to hiring by the District, Christy Micucci had three years of experience teaching but was placed at Step 1 as a Family and Consumer Science teacher.

110. Prior to hiring by the District, Karen Minogue had five years of experience teaching but was placed at Step 3 as an Elementary teacher.

111. Prior to hiring by the District, Linda Monkoski had over 3 years of experience teaching but was placed on Step 1 as an Elementary teacher.

112. Prior to hiring by the District, Rachel Nulty had four years of experience teaching but was placed at Step 2 as a Social Studies teacher.

113. Prior to hiring by the District, Eve Packel had six years of experience teaching but was placed at Step Zero as a Special Education teacher.

114. Prior to hiring by the District, Kimberly Palmer had two years of experience teaching but was placed at Step 1 as a Special Education teacher.

115. Prior to hiring by the District, Dorina Passio had four years of experience teaching but was placed at Step 2 as an Elementary teacher.

116. Prior to hiring by the District, Debora Reppa had four years of experience teaching but was placed at Step 1 as an Elementary teacher.

117. Prior to hiring by the District, Colleen Rosini had three years of experience teaching but was placed at Step 2 as an English teacher.

118. Prior to hiring by the District, Kathryn Schmoyer had ten years of experience teaching but was placed at Step 4 as an Elementary teacher.

119. Prior to hiring by the District, Erin Scholl had three years of teaching experience but was placed at Step 1 as a Special Education teacher.

120. Prior to hiring by the District, Marykate Schrack had three years of teaching experience but was placed at Step 1 as a Counselor.

121. Prior to hiring by the District, Diane Schute had five years of teaching experience but was placed at Step 2 as an Elementary teacher.

122. Prior to hiring by the District, Christine Scott had twelve years of teaching experience but was placed at Step 6 as an English teacher.

123. Prior to hiring by the District, Jennifer Silvers had seven years of teaching experience but was placed at Step 4 as an Elementary teacher.

124. Prior to hiring by the District, Kathryn Sonnie Barton had two years of teaching experience but was placed at Step 1 as an Elementary teacher.

125. Prior to hiring by the District, Leeann Story had six years of teaching experience but was placed at Step 2 as an Elementary teacher.

126. Prior to hiring by the District, Jennifer Stuhltrager had one year of teaching experience but was placed at Step 1 as an Elementary teacher.

127. Prior to hiring by the District, Jeanette Swantek had eleven years of teaching experience but was placed at Step 4 as a Special Education teacher.

128. Prior to hiring by the District, Kelly Szemanek had three years of teaching experience but was placed at Step 3 as an Elementary teacher.

129. Prior to hiring by the District, Diane Villotti had twenty-one years of teaching experience but was placed at Step 1 as an English Language Development teacher.

130. Prio to hiring by the District, Kirby Vuocolo had two years of teaching experience but was placed at Step 1 as a Music teacher.

131. Prior to hiring by the District, Lauren Wallace had four years of teaching experience but was placed at Step 3 as an English teacher.

132. Prior to hiring by the District, Christyn Weber had at least a half year of teaching experience but was placed at Step 1 as a Business teacher.

133. Prior to hiring by the District, Melissa Willis had three years of teaching experience but was placed at Step 2 as a Science teacher.

134. Prior to hiring by the District, Karen Yuknus had eight years of teaching experience but was placed at Step 4 as a Reading Specialist.

135. Prior to hiring by the District, Tamara Zakuto had three years of teaching experience but was placed at Step 2 as an Elementary teacher.

136. Prior to hiring by the District, Rita Kenefic had sixteen years of experience teaching but was placed on Step C as a Skills for Success (Reading specialist) teacher.

137. Prior to hiring by the District, Aileen Edelen had nine years of experience teaching but was placed on Step 1 as a Family and Consumer Science teacher.

138. Prior to hiring by the District, Alyssa Marucci had five years of experience teaching but was placed on Step 1 as a Mathematics teacher.

139. Prior to hiring by the District, Holly Graham had over eight years of experience teaching but was placed on Step 4 as a Science teacher.

140. Prior to hiring by the District, Claudia Young had over three years of experience teaching but was placed on Step 1 as an Elementary teacher.

141. Prior to hiring by the District, Kimberly King had twenty years of experience teaching but was placed on Step 1 as a Speech Therapist.

142. Prior to hiring by the District, Lorraine King had over eleven years of experience teaching but was placed on Step 1 as an Elementary teacher.

143. Prior to hiring by the District, Christine McLaughlin had over eight years of experience teaching but was placed on Step 3 as a Social Studies teacher.

144. Prior to hiring by the District, Angela Woordrow had three years of experience teaching but was placed on Step 1A as a General Education teacher.

145. Prior to hiring by the District, Kimberly Keyes had nine years of experience teaching but was placed on Step E as a Social Studies teacher.

146. Prior to hiring by the District, Laura Durns had seven years of experience teaching but was placed on Step D as a Special Education teacher.

147. Prior to hiring by the District, Sharon DeFonteny had seven years of experience teaching but was placed on Step 2 as a Business teacher.

148. Male teachers employed by the District who performed work of substantially equal skill, effort and responsibility, under similar working conditions as each of the Plaintiffs were treated more favorably than the Plaintiffs in their placements on the Salary Scales for purposes of compensation.

149. The following individuals are all men who have been employed as by the District who performed work of substantially equal skill, effort and responsibility, under similar working conditions as each of the Plaintiffs and who were treated more favorably than the Plaintiffs in their placements on the Salary Scales for purposes of compensation:

(a) J. Donnelly -- Prior to hiring he had fourteen years of experience teaching and was placed on Step [letter] O as a Social Studies teacher. He was credited with all of his prior experience.

(b) V. Vilbas -- Prior to hiring he had five years of experience teaching and was placed on Step F as a Science-Physics teacher.. He was credited with all of his years of prior experience.

(c) Ian Smith -- Prior to hiring he had two years of experience teaching and was placed on Step 3 as a Science teacher. He was credited with all of his years of prior experience.

(d) D. Saltgiver -- Prior to hiring he had two years of experience teaching and was placed on Step 3 as a Health and Physical Education teacher. He was credited for all his years of prior experience.

(e) M. Hazzard -- Prior to hiring he had two years of experience teaching and was placed on Step C as a Spanish teacher. He was credited with all of his prior years of experience.

(f) T. Groves -- Prior to hiring he had one year of experience teaching and was placed on Step B as an Elementary teacher. He was credited will all his prior years of experience.

(g) R. Rowan -- Prior to hiring he had two and a half years of experience teaching and was placed on Step 3 as a Business teacher.

(h) E. Smith -- Prior to hiring he had four years of experience teaching and was placed on Step E as a Technology Education teacher.

(i) J. Bunn -- Prior to hiring he had three years of experience teaching and was placed on Step M as an English teacher. He was credited with 10 more years experience than he had.

(j) T. Carty -- Prior to hiring he had half a year of experience teaching and was placed on Step 3 as a Mathematics teacher. He was credited with 1.5 more years of experience than he had.

(k) S. Galazin -- Prior to hiring he had unknown years of experience teaching and was placed on Step 3 as a Social Studies teacher. He was credited with more years of experience than could be determined.

(l) W. Smith -- Prior to hiring he had zero years of experience teaching and was placed on Step B as a Mathematics teacher. He was credited with more experience than he had.

(m) S. Blake -- Prior to hiring he had a half a year of experience teaching and was placed on Step B as a Social Studies teacher. He was credited with more experience than he had.

(n) Mosley -- Prior to hiring he had a half a year of experience teaching and was placed on Step D as a Social Studies. He was credited with 2.5 more years of experience than he had.

(o) A. Kane -- Prior to hiring he had zero years of experience teaching and was placed on Step B as a Social Studies teacher. He was credited with a year of teaching he did not have.

(p) M. Riley -- Prior to hiring he had zero years of experience teaching and was placed on Step B as a Social Studies teacher (CBSD 25621). He was credited with a year of teaching he did not have prior.

(q) J. Shousky -- Prior to hiring he had two years of experience teaching and was placed on Step F as a Science teacher. He was credited with three more years of prior experience that he did not have.

(r) W. Sandstrom -- Prior to hiring he had three years of experience teaching and was placed on Step F as a Counselor. He was credited with two more years of prior experience that he did not have.

(s) J. Achuff **--** Prior to hiring he had five years of experience teaching and was placed on Step G as a Physical Education teacher. He was credited with an extra year of experience that he did not have.

(t) R. Cuthbert—Prior to hiring he had 1 year of experience teaching and was placed on Step 5 as a Mathematics teacher. He was credited with three more years of experience than he had.

(u) D. Perrine—Prior to hiring, he had 3 years of experience teaching and was placed on Step 4 as a Special Education teacher. He was credited with all of his years of experience.

150. The District has not moved up a single Plaintiff more than one Step on the Salary Scales in any single year.

151. In contrast, the District has moved up male teachers employed by the District who performed work of substantially equal skill, effort and responsibility, under similar working conditions as each of the Plaintiffs multiple Steps on the Salary Scales in a single year.

152. For example, and without limitation male teachers, J. Zappa who taught Special Education, and C. Burns, who taught Mathematics, were advanced **4 and 5 Steps**, respectively, in a single year six years after they were hired.

153. As another example, without limitation, D. Filson, who was an Elementary teacher, was hired at Step 2 but then moved up two Steps to Step 4 in a single year, and then moved up to Step 8 from Step 6 in a single year.

154. This resulted in further wage disparities between the Plaintiffs and male teachers for work of substantially equal skill, effort and responsibility, under similar working conditions, which Plaintiffs were never advanced more than one Step on the Salary Scales in any year, where at least three male comparators who were advanced multiple Steps on the Salary Scale in a single year.

155. Every male teacher employed by the District who was treated more favorably than the Plaintiffs by being given full credit for prior teaching experience, or more credit than he had years of experience, where the Plaintiffs were not, all performed substantially equal work relative to each Plaintiff.

156. Teachers employed by the District include all Plaintiffs in this lawsuit including, but not limited to, nurses, school counselors, speech pathologists, librarians and all other teachers in the District.

157. All teachers employed by the District have performed substantially equal work of substantially equal skill, responsibility and effort under similar working conditions.

158. Not a single Plaintiff was placed on the Salary Scale under an educational column higher than her academic credentials warranted.

159. In contrast to each Plaintiff, male Social Studies teacher, J. Donnelly, was placed under the Masters+30 column of the Salary Scale when he was hired by the District even though he did not have 30 or more post-graduate credits beyond his Masters degree.

160. The EPA imposes liability on "employers" for violations of the Act. 29 U.S.C. § 206(d)(1) ("No employer . . . shall discriminate . . . between employees on the basis of sex . . ..").

161. The EPA defines "employer" broadly as follows:

> "Employer" includes any person acting directly or indirectly in the interest of an employer in relation to an employee and includes a public agency, but does not include any labor organization (other than when acting as an employer) or anyone acting in the capacity of officer or agent of such labor organization.

29 U.S.C. § 203(d).

162. Susan Gibson, Heather Reynolds, Robert Dugger, Dana Foley, Rick Haring, Danial Kimicata, James Pepper, Karen Smith, Janine Zdanowicz and fictitiously named

individuals John Doe, Rita Roe and other unnamed persons are all persons who acted and are acting directly or indirectly in the interest of CBSD in relation to Plaintiffs' compensation.

163. Susan Gibson, Heather Reynolds, Robert Dugger, Dana Foley, Rick Haring, Danial Kimicata, James Pepper, Karen Smith, and Janine Zdanowicz are, and have all been, members of the District's School Board. They are collectively referred to herein as the "individual School Board Members."

164. The School Board of the District is responsible for, among other things, all compensation decisions for teachers employed by the District.

165. Despite their knowledge of evidence of compensation discrimination on the basis of gender against Plaintiffs in violation of the EPA, the individual School Board Members have not rectified or eliminated the discrimination.

166. To the contrary, the individual School Board Members have perpetuated the District's practices of violating the EPA.

167. The following individuals are all men who were hired by the District since July 2022:

(a) Scott Mitchel—hired as a Math teacher at M/Step5 on July 26, 2022.

(b) Kevin Pearson—hired as an Elementary teacher at M/Step 5 on July 26, 2022.

(c) David Sheaffer—hired as a Science teacher at M/Step 3 on July 26, 2022.

(d) Michael Moreno—hired as an Elementary/Special Ed teacher at M/Step 5 on August 9, 2022.

(e) Alexander Bauer—hired as Physical Education teacher at B/Step 2 on September 13, 2022.

(f) Zachary Devlin—hired as an Elementary teacher M/Step 6 September 13, 2022.

(g) Eric Morris—hired as a Music teacher at B+24/Step 4 on September 13, 2022.

(h) Sean Pastorok—hired as a Music teacher at B/Step 2 on September 13, 2022.

(i) Anthony Romeo—hired as a Social Studies teacher at B/Step 2 on September 13, 2022.

(j) Kyle Stephens—hired as English Language tacher at M/Step 2 on September 13, 2022.

(k) David Brown—hired as a Business/Comp/IT teacher at M30/Step 10 on August 8, 2023.

(l) Stephen Greco—hired as an LTS Spanish teacher at M30/Step 3 on August 8, 2023.

(m) John Altmire—hired as a Special Education teacher at M/Step 4 on September 12, 2023.

(n) Geoffrey Campbell—hired as a Special Education teacher at M/Step 12 on September 12, 2023.

(o) Kevin Dougherty – hired as a Business/Computer/IT teacher at M/Step 11on September 12, 2023.

(p) Tim McGrath—hired as a Social Studies teacher at B/Step 2 on September 12, 2023.

(q) Adam Paulus—hired as a Business/Computer/IT/Tech Ed teacher at B/Step 2.

(r) Zachary Miller—hired as a School Psychologist M30/Step 2 on October 10, 2023.

(s) Henry Brink—hired as a Mathematics teacher at M/Step 7 on November 14, 2023.

(t) William Kirk—hired as a Special Education teacher at M/Step 2 on November 14, 2023.

(u) Dustin Frey—hired as a Mathematics/Computer Science teacher at M/Step 14 on February 13, 2024.

(v) Henrik Lindholm—hired as a School Psychologist M30/Step 2 on February 13, 2024.

(w) Kevin Garland—hired as a Special Education teacher at M/Step 2 on August 13, 2024.

(x) James Gehringer—hired as a Special Education teacher at B/Step 2 on August 13, 2024.

(y) Stephen Grieco—hired as a Spanish teacher at M30/Step 4 on August 13, 2024.

(z) Chris Hoffner—hired as a Special Education teacher at M30/Step 12 on August 13, 2024.

(aa) Patrick Lake—hired as a Latin teacher at M30/Step 7 on August 13, 2024.

(bb) John Legg—hired as a Health & Physical Education teacher at B/Step 2 on August 13, 2024.

(cc) Ian Voss—hired as a Music teacher at M/Step 4 on August 13, 2024.

(dd) Craig Whitten—hired as a Special Education teacher at B/Step 2 on August 13, 2024.

(ee) Jared Jacobs—hired as a Special Education teacher at M/Step 13 on September 10, 2024.

(ff) Ryan Mitchell—hired as a Special Education teacher at M/Step 3 on September 10, 2024.

(gg) Jason Munn—hired as a Special Education teacher at M/Step 14 on September 10, 2024.

(hh) Dylan Opper—hired as a Technology teacher at M/Step 14 on September 10, 2024.

168. All of the male teachers listed in paragraph 167 hereof perform substantially equal work of substantially equal skill, responsibility and effort under similar working conditions as the Plaintiffs.

**COUNT I**

**FEDERAL EQUAL PAY ACT**

169. The foregoing averments are incorporated by reference as if fully set forth herein.

170. The Defendants have willfully treated male employees more favorably than the women Plaintiffs for purposes of compensation under the District's Salary Scales.

171. The result of the Defendants' practice of treating male teachers more favorably than the women Plaintiffs for purposes of their compensation has been to compensate each Plaintiff less favorably than male teachers for substantially equivalent work.

172. The Defendants' conduct constitutes a willful violation of the Equal Pay Act, 29 U.S.C. § 206(d)(1).

WHEREFORE, each Plaintiff prays for relief as follows:

A. Judgment against each individual School Board Defendant personally, and the District, jointly and severally, and in favor of each Plaintiff for unpaid back wages of which they were deprived by virtue of the Defendants' discriminatory pay practices;

B. A permanent injunction requiring the Defendants to compensate women teachers the same as male teachers for substantially similar work by placing women teachers correctly on the Salary Schedules going forward in accordance with their prior years of teaching experience and enhanced educational levels;

C. Judgement against each individual School Board Member Defendant, personally, and the District, jointly and severally, and in favor of each Plaintiff for lost pension benefits resulting from the Defendants' discriminatory placement of women teachers on Salary Schedules;

D. An award of liquidated damages in an amount equal to the unpaid back wages of which Plaintiffs were deprived by virtue of the Defendants' discriminatory pay practices;

E. Imposition of appropriate civil penalties;

F. An award of prejudgment and post judgment interest;

G. An award of costs and attorneys' fees; and

H. All such other relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Edward S. Mazurek
Edward S. Mazurek (PA I.D. No. 50278)
25201 Cornerstone Drive
Yardley, PA 19067
267.243.3393
emazurek@mazureklawfirm.com

Attorney for Plaintiffs